UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN GORDON-BEY,<br>    Petitioner,<br><br>    v.<br><br>STEPHEN SPAULDING,<br>    Respondent. | )<br>)<br>)<br>) **Civil Action No.**<br>) **19-12336-IT**<br>)<br>)<br>)<br>)<br>) |

## ORDER

**TALWANI, D.J.**

On November 12, 2019, John Gordon, an inmate now incarcerated at the Federal Medical Center ("FMC") Devens in Ayer, Massachusetts, filed a Petition for a Writ of Habeas Corpus. *See Gordon v. Spaulding*, No. 19-12329-IT. He also sent a letter addressed to the undersigned regarding the habeas petition. The Clerk erroneously treated the letter as another habeas petition and opened this action. *See* Dkt. 1.

Accordingly, it is it is hereby ORDERED that

1. The Clerk is directed to file Gordon's letter and its 39 pages of exhibits in *Gordon v. Spaulding*, No. 19-12329-IT.

2. The Clerk shall terminate this action on the civil docket.

**So ordered.**

                /s/ Indira Talwani
                United States District Judge

Dated: December 2, 2019